CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 15 2025

LAURA A. AUSTIN, CLERK
BY: /s/
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Charlottesville Division

Ebony Cosby,
2388 Abington Dr
Charlottesville, VA 22911
Plaintiff,

v.

JLab Audio,
Defendant.

Civil Action No. 3:25cv35

## COMPLAINT

### I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under federal law, including the Federal Trade Commission Act.
2. Venue is proper in this district under 28 U.S.C. § 1391(b) because the Plaintiff resides in this district, and the events giving rise to this claim occurred within this jurisdiction.

### II. PARTIES

3. Plaintiff Ebony Cosby is a resident of Charlottesville, Virginia.
4. Defendant JLab Audio is a company that manufactures and sells electronic audio equipment and conducts business nationwide, including in Virginia.

### III. FACTUAL ALLEGATIONS

5. On or about April 8, 2025, Plaintiff purchased the JLab Epic Work ANC Wireless Headset from the Defendant's storefront on the TikTok Shop platform.
6. The product was advertised as featuring active noise cancellation (ANC), premium microphone clarity, and overall superior audio performance for work-related use.
7. Upon use, the product failed to perform as advertised. It did not provide noise cancellation, and the microphone was defective, rendering it unusable for work calls.
8. Plaintiff works remotely and relies on audio equipment for professional communication. The failure of this product disrupted her ability to perform her job and resulted in loss of productivity and income.

9. Plaintiff previously purchased another JLab headset (Go Work) which also failed to operate as advertised and was refunded. She made the second purchase in good faith based on the advertising for the Epic Work model.

10. Plaintiff contacted JLab Customer Support and was subjected to dismissive, unprofessional, and antagonistic treatment. A representative named Lordus questioned her intelligence, mocked her understanding of ANC, and dismissed her concerns.

11. Lordus further criticized Plaintiff's decision to purchase another headset from JLab and stated that because Plaintiff had not yet filed a lawsuit, 'it's on you,' implying that her rights were not valid unless pursued in court.

12. Despite multiple efforts to resolve the issue and her willingness to accept a working replacement, JLab refused to provide adequate resolution or admit any product defects.

13. On May 13, 2025, Plaintiff received communication from Customer Support Manager Trevor Weidemann, who offered a refund only if the product was returned, but failed to acknowledge the customer service issues or defective nature of the product.

14. Plaintiff continues to request a replacement headset in order to perform her job duties until this matter is resolved. JLab's refusal to provide functional products has significantly impacted Plaintiff's work.

## IV. CLAIMS FOR RELIEF

Count I – False Advertising

15. Defendant marketed and sold the Epic Work ANC headset with claims of noise cancellation and superior audio quality that were false and misleading in violation of federal and state advertising laws.

Count II – Breach of Warranty

16. Defendant breached the express and implied warranties by providing a defective product that failed to conform to its advertised performance.

Count III – Consumer Fraud

17. Defendant engaged in deceptive business practices and failed to provide proper remedy after notification of the issues, causing financial harm and emotional distress to Plaintiff.

## V. DAMAGES AND RELIEF REQUESTED

18. Plaintiff seeks compensatory damages in the amount of $50,000 for lost income, emotional distress, and time spent attempting to resolve these issues.

19. Plaintiff requests injunctive relief requiring JLab Audio to correct its advertising and product descriptions.

20. Plaintiff also requests court costs, any other relief the Court deems just and proper, and reserves the right to amend this Complaint to include additional claims or defendants.

Respectfully submitted,

Ebony Cosby

May 14, 2025